PROB 12C  
(6/16)

Report Date: December 22, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 22 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alex Redthunder                Case Number: 0980 2:16CR00003-JLQ-1

Address of Offender:                Spokane, Washington

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: August 11, 2016

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922 (g)(1) & 924(a)(2) | |
| Original Sentence: | Prison 15 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: September 3, 2016 |
| Defense Attorney: | Collin G. Prince | Date Supervision Expires: September 2, 2019 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #9**: After initially reporting to the probation office, the defendant will receive instructions from the court or the probation officer about how and when to report to the probation officer, and the defendant must report to the probation officer as instructed.<br><br>**Supporting Evidence**: Mr. Redthunder was directed to report to the U.S. Probation Office on December 21, 2016, and failed to report. Through an exchange of text messages, Mr. Redthunder was directed again to report to the U.S. Probation Office on December 22, 2016, by 8 a.m. and failed to report as instructed. |
| 2 | **Special Condition #21**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis or sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On December 21, 2016, the undersigned officer received a call from Mr. Redthunder's case manager at Sun Ray Court stating on December 20, 2016, Mr. Redthunder returned very late from a doctor appointment and tested presumptive positive for opiates. The individual that accompanied Mr. Redthunder to his appointment admitted they both used heroin on December 20, 2016, while they were away from inpatient treatment. |

Prob12C
Re: Redthunder, Alex
December 22, 2016
Page 2

    3    **Special Condition: #26**: You must participate in an inpatient substance abuse treatment program and any recommended aftercare. You must follow the rules and regulations of the treatment program. The probation officer will supervise your participation in the program (provider, location, modality, intensity, etc.). You must pay the costs of the program if financially able.

**Supporting Evidence**: Mr. Redthunder was participating in inpatient treatment at Sun Ray Court pursuant to the above referenced condition. On December 21, 2016, staff from Sun Ray Court informed the undersigned officer that Mr. Redthunder left group treatment and took all of his belongings with him. Mr. Redthunder has been unsuccessfully terminated from inpatient treatment.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | 12/22/2016 |
|---|---|
| | s/Josh D. Schull |
| | Joshua D. Schull<br>U.S. Probation Officer |

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

12/22/2016
Date