PROB 12C
(6/16)

Report Date: January 19, 2018

**United States District Court**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**for the**

JAN 2 2 2018

**Eastern District of Washington**

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Alex Redthunder                    Case Number: 0980 2:16CR00003-JLQ-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

| | | |
|---|---|---|
| Date of Original Sentence: August 11, 2016 | | Date of Revocation Sentence: May 19, 2017 |
| Original Offense: | Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922 (g)(1) & 924(a)(2) | |
| Original Sentence: | Prison - 15 Months TSR - 36 Months | Type of Supervision: Supervised Release |
| Revocation Sentence: | Prison - 8 months TSR- 28 months | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: December 3, 2017 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: April 2, 2020 |

## PETITIONING THE COURT

To issue a **summons**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                    **Special Condition #1** :You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction fo the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.

**Supporting Evidence**: On December 4, 2017, Mr. Redthunder reported to the U.S. Probation Office. He was given a copy of his judgement and his conditions of supervision were explained to him. Mr. Redthunder signed his judgement reflecting he understood all of his conditions.

On January 15, 2017, Mr. Redthunder was in direct violation of special condition 1 by being terminated from the RRC. Allegedly, Mr. Redthunder returned to the RRC and he was directed to submit to a urine test. Mr. Redthunder supplied a very dilute urine sample, and was directed to supply a second sample. A diluted urine sample generally means the test will not read accurately due to the subject drinking too many fluids before the test.

Mr. Redthunder supplied a second urine sample, but it was also very dilute. After the second test he was told by staff that he would need to wait an hour and supply a third sample. Mr. Redthunder went back to his room and refused to supply the third sample. Due to this choice, Mr. Redthunder was terminated from the RRC that night.

Prob12C
**Re: Redthunder, Alex**
**January 19, 2018**
**Page 2**

2      **Special Condition #4:**    The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** On December 4, 2017, Mr. Redthunder reported to the U.S. Probation Office. He was given a copy of his judgement and his conditions of supervision were explained to him. Mr. Redthunder signed his judgement reflecting he understood all of his conditions.

On January 16, 2018, Mr. Redthunder was in direct violation of special condition 21 by using an illegal controlled substance. Mr. Redthunder was directed to report to the U.S. Probation Office to discuss being terminated from the RRC due to not supplying a valid urine sample. Mr. Redthunder reported as directed on January 16, 2018, and was asked to supply a urine sample.

Mr. Redthunder provided a urine sample which tested presumptive positive for methamphetamine. He disclosed he used methamphetamine on January 14, 2018. He signed a drug use admission form reflecting his illegal drug use.

3      **Special Condition #4:**    The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** On December 4, 2017, Mr. Redthunder reported to the U.S. Probation Office. He was given a copy of his judgement and his conditions of supervision were explained to him. Mr. Redthunder signed his judgement reflecting he understood all of his conditions.

On January 11, 2018, Mr. Redthunder was in direct violation of special condition 21 by failing to supply a random urine sample at Pioneer Human Services (PHS).

Due to Mr. Redthunder's past drug use, he was referred to our urine testing hotline. He was directed to call every day and listen for the color "BROWN2." If the color "BROWN2" is called, he was directed to supply a urine sample that same day.

On January 11, 2018, the color "BROWN2" was called and Mr. Redthunder failed to report as directed to supply a random urine sample at PHS. He was directed to report to the United States Probation Office on January 12, 2018, to supply a urine sample. He failed to report to supply a urine sample as directed.

The U.S. Probation Office respectfully recommends the Court issue a **summons** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    01/19/2018
_____

s/Joshua D. Schull
_____

Joshua D. Schull
U.S. Probation Officer

Prob12C
**Re: Redthunder, Alex**
**January 19, 2018**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

_____1/22/18_____
Date