PROB 12C
(6/16)

Report Date: January 26, 2018

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 29 2018

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alex Redthunder                Case Number: 0980 2:16CR00003-JLQ-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: August 11, 2016       Date of Revocation Sentence: May 19, 2017

Original Offense:       Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922 (g)(1) & 924(a)(2)

Original Sentence:      Prison - 15 months          Type of Supervision: Supervised Release
                        TSR - 36 months

Revocation Sentence:    Prison - 8 months
(May 19, 2017)          TSR - 28 months

Asst. U.S. Attorney:    Earl Allan Hicks            Date Supervision Commenced: December 3, 2017

Defense Attorney:       Federal Defenders Office    Date Supervision Expires: April 2, 2020

## PETITIONING THE COURT

**To issue a warrant** and to incorporate the violation(s) contained in the petition in future proceedings with the violation(s) previously reported to the Court on

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

4 | **Special Condition #4:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** On December 4, 2017, Mr. Redthunder reported to the U.S. Probation Office. He was given a copy of his judgment and his conditions of supervision were explained to him. Mr. Redthunder signed his judgment reflecting he understood all of his conditions.

On January 19, 2018, Mr. Redthunder was in direct violation of special condition 4 by failing to report to Pioneer Human Services (PHS) to supply a random urine sample. Mr. Redthunder was informed that he needed to call daily to PHS and listen for the color BROWN1. He was directed to report that same day to PHS if said color was called. On January 19, 2018, Brown1 was called and Mr. Redthunder failed to supply a urine sample.

Prob12C
**Re: Redthunder, Alex**
**January 26, 2018**
**Page 2**

| | |
|---|---|
| 5 | **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence:** On December 4, 2017, Mr. Redthunder reported to the U.S. Probation Office. He was given a copy of his judgment and his conditions of supervision were explained to him. Mr. Redthunder signed his judgment reflecting he understood all of his conditions.

On January 22, 2018, Mr. Redthunder was in direct violation of standard condition number 2, by failing to report to this probation officer as directed. Mr. Redthunder was directed to report to the U.S. Probation Office on January 22, 2018, to supply a urine sample. This was due to Mr. Redthunder missing his urine sample at PHS, as referenced in violation number 4.

This officer spoke to Mr. Redthunder over the phone and he stated he was at the hospital with his daughter, but he would report as directed to supply a urine sample. Mr. Redthunder never reported on January 22, 2018.

| | |
|---|---|
| 6 | **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence:** On December 4, 2017, Mr. Redthunder reported to the U.S. Probation Office. He was given a copy of his judgment and his conditions of supervision were explained to him. Mr. Redthunder signed his judgment reflecting he understood all of his conditions.

On January 24, 2018, Mr. Redthunder was in direct violation of standard condition number 2 by failing to report to this probation officer as directed. On January 16, 2018, the undersigned officer directed Mr. Redthunder to report to the U.S. Probation Office on January 24, 2018. Mr. Redthunder was again reminded during a telephone conversation on January 22, 2018, that we had a scheduled meeting on January 24, 2018. Mr. Redthunder failed to call or show for that meeting on January 24, 2018.

| | |
|---|---|
| 7 | **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence:** On December 4, 2017, Mr. Redthunder reported to the U.S. Probation Office. He was given a copy of his judgment and his conditions of supervision were explained to him. Mr. Redthunder signed his judgment reflecting he understood all of his conditions.

On January 25, 2018, Mr. Redthunder was in direct violation of standard condition number 2 by failing to report to this probation officer as directed. Mr. Redthunder had been terminated from the residential reentry center by allegedly not following the rules of the facility. Due to this, he needed to obtain a new address this officer could approve. On January 18, 2018, Mr. Redthunder sent a text message to the undersigned officer with the new address. A meeting on January 25, 2018, to meet with this officer at the residence was confirmed by Mr. Redthunder.

Prob12C
**Re: Redthunder, Alex**
**January 26, 2018**
Page 3

The undersigned officer went to the residence on January 25, 2018, and the individual renting the apartment stated Mr. Redthunder was not there and he was at work. The undersigned officer called Mr. Redthunder's place of employment and spoke to his supervisor who confirmed Mr. Redthunder had not been at work all week and was not there on that date. The undersigned officer has attempted to reach out to Mr. Redthunder numerous times by text and has left numerous voice mails over the past week. He has failed to return any of them.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issues a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/26/2018

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

1/29/18
Date