PROB 12C
(6/16)

Report Date: March 20, 2018

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 20 2018

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alex Redthunder                    Case Number: 0980 2:16CR00003-JLQ-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: August 11, 2016           Date of Revocation Sentence: May 19, 2017

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922 (g)(1) & 924(a)(2) | | |
| Original Sentence: | Prison - 15 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(May 19, 2017) | Prison - 8 months<br>TSR- 28 months | | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: | December 3, 2017 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | April 2, 2020 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/22/2018 and 01/29/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Standard Condition # 10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person, such as nunchakus or tasers). |
| | **Supporting Evidence**: On December 4, 2017, Mr. Redthunder reported to the U.S. Probation Office. He was given a copy of his judgment and his conditions of supervision were explained to him. Mr. Redthunder signed his judgment reflecting he understood all of his conditions. |
| | Mr. Redthunder was in direct violation of standard condition number 10 by having access to a firearm. |

On March 14, 2018, a report from the Spokane Police Department, incident number 2018-20046925, reflected Mr. Redthunder and the victim were having an argument outside. The victim reported Mr. Redthunder pulled out a black revolver and pointed it at the victim's chest. Mr. Redthunder apologized for pointing the gun and then left in a tan blazer.

A short time later, an officer pulled over a tan blazer with Mr. Redthunder located in the back seat. The officer noticed there was red duffle bag next to Mr. Redthunder. The officer was given permission to search the vehicle, and a black revolver handgun was located in the red duffle bag.

9     **Standard Condition # 8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

**Supporting Evidence**: On December 4, 2017, Mr. Redthunder reported to the U.S. Probation Office. He was given a copy of his judgment and his conditions of supervision were explained to him. Mr. Redthunder signed his judgment reflecting he understood all of his conditions.

On March 14, 2018, Mr. Redthunder was in direct violation of standard condition number 8 by interacting with convicted felons without the probation officer's permission.

On March 14, 2018, a report from the Spokane Police Department, incident number 2018-20046925, reflected Mr. Redthunder was arrested in a vehicle containing three convicted felons.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/22/2018 and 01/29/2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/20/2018

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

3/20/18
_____
Date